UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLINTON JAMES HOLZ,

       Plaintiff,                                    Case Number 05-74259
                                                                          Honorable David M. Lawson
v.

CITY OF STERLING HEIGHTS, JAMIE
DUBAY, JOHN BEAUPRE, BRANDON
PLUGER, and JAMES WOOD,

       Defendants.
_____/

## **JUDGMENT**

    In accordance with the Opinion and Order entered on this date,

    It is **ORDERED AND ADJUDGED** that judgment is entered for the defendants and against the plaintiff. The complaint is dismissed with prejudice.

                                    s/David M. Lawson
                                    DAVID M. LAWSON
                                    United States District Judge

Dated: November 21, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 21, 2006.

                              s/Felicia M. Moses
                              FELICIA M. MOSES